## Ed Ridgway, Administrator of Estate of William Ridgway, Deceased, Appellee, v. Illinois Central Railroad Company, Appellant.

Heard in this court at May term, 1939; original opinion filed November 8, 1939; modified opinion filed and rehearing denied January 22, 1940. Kramer, Campbell, Costello & Wiechert, for appellant; E. C. Craig, V. W. Foster and Charles A. Helsell, of counsel; A. D. Morgan and Baker, Lesemann, Kagy & Wagner, for appellee. Opinion by JUSTICE DADY. ''Not to be published in full.''